IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                    Case No. 4:15-cr-00095-01-KGB

TERRANCE GORDON                                                  DEFENDANT

## ORDER

Before the Court is Arkansas Federal Public Defender Molly Sullivan's motion to withdraw as counsel of record for defendant Terrance Gordon (Dkt. No. 53). For good cause shown, Ms. Sullivan's motion is granted. Ms. Sullivan is no longer assigned as counsel of record for Mr. Gordon. Criminal Justice Act Panel Member Lott Rolfe, IV is hereby appointed as counsel for Mr. Gordon.

It is so ordered this 13th day of April, 2016.

_____
Kristine G. Baker
United States District Judge